# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00493-CV

**Bettye Hogan and Eddie Michael Hogan, Appellants**

**v.**

**Roddey Dale Hogan, Appellee**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-08-088139, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties to this appeal have filed an Amended Joint Motion to Dismiss Appeal.

We grant the motion and dismiss this appeal.  Tex. R. App. P. 42.1.


G. Alan Waldrop, Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Dismissed on Agreed Motion

Filed:   March 31, 2010